EXHIBIT "E"

Plaintiff claims Eckardt Johanning's Expert Report contains her private health information. *See* Dkt. 31 at 2. Accordingly, Norfolk Southern does not attach Dr. Johanning's "final" expert report provided to Norfolk Southern at his deposition to this filing. Instead, Dr. Johanning's final report, including all exhibits thereto, is contained in Norfolk Southern's courtesy copy of this filing provided to the Court.